**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dwayne Martinez  Kirkland     CHAPTER 7

                        Debtor(s)     BKY. NO. 16-11293 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Global Lending Services LLC and index same on the master mailing list.

                        Respectfully submitted,
                        **/s/ Rebecca A Solarz, Esquire**
                        Rebecca A Solarz, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322