# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dwayne Martinez Kirkland <br>                           Debtor(s) | CHAPTER 7 |
| Global Lending Services LLC <br>                           Movant <br>     vs. | NO. 16-11293 ELF |
| Dwayne Martinez Kirkland <br>                           Debtor(s) | |
| Terry P. Dershaw Esq. <br>                           Trustee | 11 U.S.C. Section 362 |

## ORDER

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services LLC, reviewed the file herein and after notice and hearing, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Volkswagen Jetta, VIN: 3VW2B7AJXHM350454 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

    **Order entered by default.**

Date: 12/24/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**