United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dwayne Martinez Kirkland
      Debtor

Case No. 16-11293-elf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Dec 24, 2019
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 26, 2019.
db             +Dwayne Martinez Kirkland,    7822 Centaur Place,    Philadelphia, PA 19153-1712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2019                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2019 at the address(es) listed below:
      NICOLE B. LABLETTA   on behalf of Creditor   Navy Federal Credit Union nlabletta@pincuslaw.com,
       brausch@pincuslaw.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
      TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
      TIMOTHY  ZEARFOSS   on behalf of Debtor Dwayne Martinez Kirkland tzearfoss@aol.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM EDWARD CRAIG   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
       Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                    TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Dwayne Martinez  Kirkland | CHAPTER 7 |
| Debtor(s) | |
| Global Lending Services LLC | |
| Movant | |
| vs. | NO. 16-11293 ELF |
| Dwayne Martinez  Kirkland | |
| Debtor(s) | |
| Terry P. Dershaw Esq. | 11 U.S.C. Section 362 |
| Trustee | |

## ORDER

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services LLC, reviewed the file herein and after notice and hearing, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Volkswagen Jetta, VIN: 3VW2B7AJXHM350454  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  12/24/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**